# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                   **4:11CR00134-01-BRW**

**ROCIO EGUIA**

## ORDER

Defendant's Motion for Reduction under Amendment 782 (Doc. No. 36) is DENIED.

On February 3, 2012, Defendant was sentenced to the statutory mandatory minimum of 120 months in prison.[1]

Under Amendment 782, Defendant's new guideline range is below the 120-month statutory mandatory minimum. Because the new guideline range is less than the statutory mandatory minimum, and Defendant did not receive a reduction for substantial assistance, she is not entitled to a reduction under Amendment 782.[2]

IT IS SO ORDERED this 7th day of June, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 26, 27.

[2] See U.S.S.G. § 5G1.1(b) ("Where a statutorily required minimum sentence is greater than the maximum of the applicable guideline range, the statutorily required minimum sentence shall be the guideline sentence"). See also, the application notes to U.S.S.G. § 1B1.10(a) (2014) ("[A] reduction in the defendant's term of imprisonment is not authorized . . . [if] the amendment does not have the effect of lowering the defendant's applicable guideline range because of the operation of another guideline or statutory provision (e.g., a statutory mandatory minimum term of imprisonment).").